SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2023
AUGUST 27, 2024 SESSION



FILED

AUG 2 7 2024

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. ___5:24-cr-00139___
                            18 U.S.C. § 2243(b)
                            18 U.S.C. § 2244(a)(6)

JAMES BENNETT

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

In or about June 2023, at or near Alderson, Summers County, West Virginia, within the Southern District of West Virginia, and in the Federal Prison Camp at Alderson defendant JAMES BENNETT did knowingly engage in and cause sexual contact, as defined by 18 U.S.C. § 2246(3), with and by another person, that is, contact between his hands and the breast of Victim 1 with intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, and at the time Victim 1 was in official detention and under the custodial, supervisory, and disciplinary authority of defendant JAMES BENNETT, in that defendant JAMES BENNETT was a Corrections Officer assigned to supervise inmates, including Victim 1, at the Federal Prison Camp Alderson.

In violation of Title 18, United States Code, Section 2244(a)(6).

## COUNT TWO

In or about June 2023, at or near Alderson, Summers County, West Virginia, within the Southern District of West Virginia, and in the Federal Prison Camp at Alderson defendant JAMES BENNETT did knowingly engage in a sexual act as defined by 18 U.S.C. § 2246(2)(B), that is, penetration of the mouth by placing his penis inside the mouth of Victim 1, who at the time was in official detention and under the custodial, supervisory, and disciplinary authority of defendant JAMES BENNETT, in that defendant JAMES BENNETT was a Corrections Officer assigned to supervise inmates, including Victim 1, at the Federal Prison Camp Alderson.

In violation of Title 18, United States Code, Section 2243(b).

## COUNT THREE

In or about June 2023, at or near Alderson, Summers County, West Virginia, within the Southern District of West Virginia, and in the Federal Prison Camp at Alderson defendant JAMES BENNETT did knowingly engage in a sexual act as defined by 18 U.S.C. § 2246(2)(A), that is, contact between the penis and the vulva by penetration of his penis inside the vulva of Victim 1, who at the time was in official detention and under the custodial, supervisory, and disciplinary authority of defendant JAMES BENNETT, in that defendant JAMES BENNETT was a Corrections Officer assigned to supervise inmates, including Victim 1, at the Federal Prison Camp Alderson.

In violation of Title 18, United States Code, Section 2243(b).

## COUNT FOUR

Between in or about November 2023, to in or about December 2023, at or near Alderson, Summers County, West Virginia, within the Southern District of West Virginia, and in the Federal Prison Camp at Alderson defendant JAMES BENNETT did knowingly engage in a sexual act as defined by 18 U.S.C. § 2246(2)(A), that is, contact between the penis and the vulva by penetration of his penis inside the vulva of Victim 2, who at the time was in official detention and under the custodial, supervisory, and disciplinary authority of defendant JAMES BENNETT, in that defendant JAMES BENNETT was a Corrections Officer assigned to supervise inmates, including Victim 2, at the Federal Prison Camp Alderson.

In violation of Title 18, United States Code, Section 2243(b).

## COUNT FIVE

On or about January 27, 2024, at or near Alderson, Summers County, West Virginia, within the Southern District of West Virginia, and in the Federal Prison Camp at Alderson defendant JAMES BENNETT did knowingly engage in a sexual act as defined by 18 U.S.C. § 2246(2)(B), that is, penetration of the mouth by placing his penis inside the mouth of Victim 3, who was at the time in official detention and under the custodial, supervisory, and disciplinary authority of defendant JAMES BENNETT, in that defendant JAMES BENNETT was a Corrections Officer assigned to supervise inmates, including Victim 3, at the Federal Prison Camp Alderson.

In violation of Title 18, United States Code, Section 2243(b).

## COUNT SIX

On or about January 27, 2024, at or near Alderson, Summers County, West Virginia, within the Southern District of West Virginia, and in the Federal Prison Camp at Alderson defendant JAMES BENNETT did knowingly engage in a sexual act as defined by 18 U.S.C. § 2246(2)(C), that is, penetration of the genital opening by placing his fingers inside the vagina of Victim 3 with an intent to abuse, humiliate, harass, degrade and arouse and gratify the sexual desire of any person, and at the time Victim 3 was in official detention and under the custodial, supervisory, and disciplinary authority of defendant JAMES BENNETT, in that defendant JAMES BENNETT was a Corrections Officer assigned to supervise inmates, including Victim 3, at the Federal Prison Camp Alderson.

In violation of Title 18, United States Code, Section 2243(b).

## COUNT SEVEN

On or about the January 27, 2024, at or near Alderson, Summers County, West Virginia, within the Southern District of West Virginia, and in the Federal Prison Camp at Alderson defendant JAMES BENNETT did knowingly engage in a sexual act as defined by 18 U.S.C. § 2246(2)(A), that is, contact between the penis and the vulva by penetration of his penis inside the vulva of Victim 3, who was at the time in official detention and under the custodial, supervisory, and disciplinary authority of defendant JAMES BENNETT, in that defendant JAMES BENNETT was a Corrections Officer assigned to supervise inmates, including Victim 3, at the Federal Prison Camp Alderson.

In violation of Title 18, United States Code, Section 2243(b).

WILLIAM S. THOMPSON
United States Attorney

By:  _____
BRIAN D. PARSONS
Assistant United States Attorney