# Courtroom Minute Entry

**Room:** Beckley
**Caption:** USA v. James Bennett
**Case No.:** 5:24-cr-00139
**Judge:** Omar Aboulhosn
**Type:** AR & DH

**Started: 9/6/2024 12:00:40 PM**
**Ends: 9/6/2024 12:43:27 PM** **Length: 00:42:48**

| | |
|---|---|
| **12:00:41 PM** | Judge Omar Aboulhosn |
| **12:00:42 PM** | Courtroom Deputy Tammy Davis |
| **12:00:42 PM** | Court Reporter: Court Smart |
| **12:00:43 PM** | AUSA Brian D. Parsons |
| **12:00:44 PM** | AFPD Clint Carte |
| **12:00:45 PM** | Defendant James Bennett |
| **12:00:46 PM** | USPO Paradise Nelson |
| **12:00:50 PM** | **ARRAIGNMENT HEARING** |
| **12:00:57 PM** | Recording Paused |
| **12:13:08 PM** | Recording Resumed |
| **12:13:09 PM** | Judge Omar Aboulhosn |
| **12:13:11 PM** | Calls case. |
| **12:13:15 PM** | Counsel please note your appearances for the record. |
| **12:13:18 PM** | AUSA Brian D. Parsons |
| **12:13:20 PM** | Notes appearance on behalf of the United States. |
| **12:13:22 PM** | AFPD Clint Carte |
| **12:13:24 PM** | Notes appearance on behalf of the defendant. |
| **12:13:27 PM** | Judge Omar Aboulhosn |
| **12:13:32 PM** | Places the defendant under oath. |
| **12:13:39 PM** | States basis of hearing. |
| **12:13:43 PM** | You have the right to remain silent. Anything you say may be used against you. |
| **12:13:46 PM** | Please state your full name for the record. |
| **12:13:48 PM** | Defendant James Bennett |
| **12:13:51 PM** | States personal information. |
| **12:13:54 PM** | Judge Omar Aboulhosn |
| **12:13:55 PM** | Have you received a copy of the Indictment? |
| **12:13:56 PM** | Have you read the Indictment? |
| **12:14:01 PM** | Do you understand the Indictment and what you are charged with? |
| **12:14:07 PM** | Have you had an opportunity to discuss the charges with your attorney? |
| **12:14:20 PM** | Would you like me to read the Indictment out loud to you or do you want to waive the reading |
| **12:14:22 PM** | of the Indictment? |
| **12:14:26 PM** | Defendant James Bennett |
| **12:14:27 PM** | I understand. I will waive. |
| **12:14:34 PM** | Pleads NOT GUILTY to charge(s) contained in the Indictment. |
| **12:14:39 PM** | **This case has been assigned to United States Chief District Judge Frank Volk.** |
| **12:14:43 PM** | **Your trial is scheduled for 9:00 a.m. on October 29, 2024.** |
| **12:14:51 PM** | There will be a pretrial motions hearing held at 10:30 a.m. before me on October 9, 2024. |
| **12:15:07 PM** | You have the right to be present at the hearing on pretrial motions. |
| **12:15:09 PM** | Counsel, I assume your client does not wish to give up that right? |
| **12:15:11 PM** | AFPD Clint Carte |
| **12:15:12 PM** | That is correct, he does not waive his right to be present at the pretrial motions hearing, your honor. |
| **12:15:13 PM** | Judge Omar Aboulhosn |
| **12:15:16 PM** | Thank you, you may be seated. |
| **12:15:18 PM** | The parties have elected the standard discovery - pretrial motions, voir dire and witness list dates given. |
| **12:15:37 PM** | If there is a Change of Plea Hearing filed in this case, Chief Judge Volk will automatically assign that to |
| **12:15:52 PM** | me. If the parties do not consent to me taking the plea, note that in your motion. |
| **12:15:55 PM** | **DETENTION HEARING** |
| **12:15:57 PM** | The government has filed a Motion for Detention. |
| **12:16:04 PM** | The motion does not assert the rebuttable presumption. |
| **12:16:06 PM** | Court and parties review and discuss Pretrial Services Report |
| **12:16:17 PM** | Counsel states there are no additions or corrections to Pretrial Services Report at this time. |
| **12:16:20 PM** | Judge Omar Aboulhosn |

| | |
|---|---|
| **12:16:24 PM** | I will any argument you wish to make or witnesses you wish to call. |
| **12:16:44 PM** | AUSA Brian D. Parsons |
| **12:16:49 PM** | Proffers to the Court as to the investigating officer having a medical procedure today. |
| **12:17:06 PM** | I will proceed by way of proffer. |
| **12:20:28 PM** | Judge Omar Aboulhosn |
| **12:20:30 PM** | Does the defendant have that transcript? |
| **12:20:38 PM** | AUSA Brian D. Parsons |
| **12:20:40 PM** | No, that has not been disclosed yet. |
| **12:20:47 PM** | Continues with proffer. |
| **12:22:35 PM** | Judge Omar Aboulhosn |
| **12:22:37 PM** | Thank you. |
| **12:22:40 PM** | I may have some questions for you, counsel. |
| **12:23:24 PM** | AUSA Brian D. Parsons |
| **12:23:26 PM** | Answers the Court's questions. |
| **12:25:05 PM** | Judge Omar Aboulhosn |
| **12:25:07 PM** | Mr. Carte. |
| **12:25:10 PM** | AFPD Clint Carte |
| **12:25:12 PM** | I would like to call a witness, Katherine Walker. |
| **12:25:27 PM** | Judge Omar Aboulhosn |
| **12:25:29 PM** | Places witness under oath. |
| **12:25:51 PM** | Witness Katherine Walker states name for the record. |
| **12:26:05 PM** | AFPD Clint Carte |
| **12:26:08 PM** | Direct examination of witness. |
| **12:29:48 PM** | AUSA Brian D. Parsons |
| **12:29:51 PM** | No cross examination. |
| **12:29:55 PM** | AFPD Clint Carte |
| **12:29:57 PM** | No additional witnesses, your honor. |
| **12:30:05 PM** | Judge Omar Aboulhosn |
| **12:30:07 PM** | I will hear any proffer you wish to make, Mr. Carte. |
| **12:30:13 PM** | AFPD Clint Carte |
| **12:30:15 PM** | Proffers to the Court. |
| **12:35:33 PM** | Judge Omar Aboulhosn |
| **12:35:34 PM** | Thank you, Mr. Carte. |
| **12:35:39 PM** | Mr. Parsons, you get the last word. |
| **12:35:46 PM** | AUSA Brian D. Parsons |
| **12:35:48 PM** | No, thank you, your honor. |
| **12:35:50 PM** | Judge Omar Aboulhosn |
| **12:35:52 PM** | Outlines the proffer made before the Court. |
| **12:39:28 PM** | The Court finds it difficult to find that if the allegations are true, that the defendant would be able to follow |
| **12:40:28 PM** | the rules and regulations of this Court. |
| **12:40:42 PM** | He did not follow the rules when he was a correctional officer. |
| **12:40:53 PM** | The United States has sustained its burden that the defendant is a flight risk due to the time involved. |
| **12:41:16 PM** | The Court does not believe he would be able to follow the rules of this Court. |
| **12:41:24 PM** | The United States has sustained its burden that the defendant would be a danger to others and the |
| **12:41:50 PM** | community because as an officer of a correctional facility where he should have been there to protect |
| **12:42:03 PM** | inmates but instead inflicted harm. |
| **12:42:16 PM** | The Court finds it difficult as to the explanation that was proffered by defense counsel. |
| **12:42:49 PM** | The Court finds by a preponderance of evidence that the defendant is a risk of non-appearance. |
| **12:43:08 PM** | The Court finds by clear and convincing evidence that the defendant is a danger to the community. |
| **12:43:11 PM** | Therefore, no condition or combination of conditions exist that will reasonably assure his release. |
| **12:43:15 PM** | **The defendant is ordered detained and remanded to the custody of the United States Marshals.** |
| **12:43:17 PM** | Counsel, is there anything else we need to take care of today? |
| **12:43:20 PM** | Hearing adjourned. |